AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SANDRA SCHILLING, et al.,**

   **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

vs.

**INTERIM HEALTHCARE OF THE**   CASE NO. C2-06-0487
**UPPER OHIO VALLEY, INC., et al.,**   JUDGE EDMUND A. SARGUS, JR.
              MAGISTRATE JUDGE MARK R. ABEL

   **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

  **Pursuant to the Order filed January 21, 2009, JUDGMENT is hereby entered DISMISSING this case as settled.**

Date: January 21, 2009          JAMES BONINI, CLERK

                  */S/ Andy F. Quisumbing*
                  (By) Andy F. Quisumbing
                  Courtroom Deputy Clerk